**RECEIVED**
CHARLOTTE, N.C.
JUN 14 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

**FILED**
CHARLOTTE, N. C.
JUN 27 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:04CR208-V

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>VS. )<br>)<br>NATHANIEL FORD )<br>)<br>Defendant. )<br>_____ ) | **EX PARTE ORDER<br>FOR TRANSFER OF CUSTODY** |

TO:

**MECKLENBURG COUNTY SHERIFF'S DEPARTMENT**

Criminal Courthouse Building
700 East 4th Street, 1st Floor
Charlotte, NC 28202
OR
MECKLENBURG COUNTY JAIL, CENTRAL ANNEX JAIL
Charlotte, North Carolina

**UNITED STATES MARSHAL**
United States Courthouse Building
401 West Trade Street
Charlotte, NC 28202

**THIS MATTER** is before the Court on the Motion of Nathaniel Ford, by and through counsel, filed on the 14th day of June, 2005, for the temporary transfer of custody of Nathaniel Ford for the trial of an action involving the custody of his minor child in the Courts of the State of North Carolina, Mecklenburg County Courthouse, Juvenile Court, in the District Court Division. The case has been assigned file number 04-J-1240.

The Court has carefully reviewed the Motion and believes that good cause has been shown to justify the temporary transfer of custody of Nathaniel Ford from the custody of the United States Marshal to the temporary custody of the Mecklenburg County Sheriff's Department, and from the Mecklenburg County Jail, to the Mecklenburg County Courthouse, 700 East 4th Street, Charlotte, North Carolina, Juvenile Court, for a court hearing involving his child on **July 6, 2005 at 2:45 p.m.** until the matter is concluded on that date.



The transfer shall be subject to the following conditions:

1. When the Defendant/Respondent is picked up, the Mecklenburg County Sheriff's Department shall use the same security and restraints as used by the United States Marshal when transporting a prisoner; i.e., the Defendant/Respondent father shall be placed in handcuffs and leg shackles whenever being transported.

2. The Defendant/Respondent father shall be returned to the custody of the United States Marshal from the custody of the Mecklenburg County Sheriff's Department and from the Mecklenburg County Courthouse, 700 East 4th Street, Charlotte, North Carolina, Juvenile Court, to the Mecklenburg County Jail, Central Jail Annex, at the conclusion of the above-captioned hearing.

**FOR GOOD CAUSE SHOWN**, the Motion of Nathaniel Ford, the Defendant/Respondent father in the State proceeding is hereby **GRANTED**.

This the 23rd day of June, 2005.

_____
HONORABLE JUDGE PRESIDING

United States District Court
for the
Western District of North Carolina
June 14, 2005

## **MAILING CERTIFICATE OF CLERK**

Re: Case No.: 3:04CR208V

True and correct copies of the attached were mailed by the Clerk to the following:

Richard A. Lucey
Attorney at Law
1123 South Church Street
Charlotte, NC 28203

Twyla H. George
Attorney at Law
Mecklenburg YFS
720 E. 4th St., Room 502
Charlotte, NC 28202

cc:
| | |
|---|---|
| Judge | ( ) |
| Magistrate Judge | ( ) |
| U.S. Marshal | ( ) |
| Probation | ( ) |
| U.S. Attorney | ( ) |
| Atty. For Def. | ( ) |
| Defendant | ( ) |
| Warden | ( ) |
| Bureau of Prisons | ( ) |
| Court Reporter | ( ) |
| Courtroom Deputy | ( ) |
| Orig.-Security | ( ) |
| Bankruptcy Clerk | ( ) |
| Other_____ | ( ) |

Frank G. Johns, Clerk

Date: _____    By: _____
                        Deputy Clerk