IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr208

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| NATHANIEL CORTEZ FORD | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for to run his federal sentence concurrently with his state sentence. (Doc. No. 56).

The Judgment imposing the defendant's sentence was entered on June 20, 2006, (Doc. No. and was affirmed on April 3, 2007 (Doc. No. 53). The Fourth Circuit rejected the defendant's argument that the federal sentence should be served concurrently with his previously imposed, but undischarged state sentence. In the instant motion, the defendant asks the Court to amend the sentence to make it concurrent. There is no legal basis to grant his request. Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: February 19, 2008

Robert J. Conrad, Jr.
Chief United States District Judge